ALLEN, ET. AL. V. PIERCE & CO.

*Assumpsit.*

(Decided Deecmber 20th, 1906.   42 South. 858.)

APPEAL from Montgomery City Court.
Heard before Hon. A. D. SAYRE.
MARKS & SAYRE, for appellants.
GUNTER & GUNTER, and F. S. BALL, for appellee.
Affirmed.
Opinion by SIMPSON, J.
TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.